Andrew H. Pastwick, ESQ.
Nevada Bar No. 009146
LAW OFFICE OF ANDREW H. PASTWICK L.L.C.
1810 E. Sahara Avenue, Suite 120
Las Vegas, Nevada 89104
Tel: (702) 866-9978
Fax: (702) 866-9978
E-mail: apastwick@pastwicklaw.com

Willie Pollins, Esq.
Admitted *pro hac vice*
Pollins Law Firm, LLC
100 N. 20th Street, Suite 302
Philadelphia, Pennsylvania 19103
Tel: (215) 774-9618
Fax: (215) 546-9712
E-mail: wpollins@gmail.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ERECTOR SETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEKINS MOVING SOLUTIONS, INC, and BEKINS A-1 MOVERS, INC. dba BEKINS MOVING SOLUTIONS; <br><br> Defendants. | Civil Action No.: 2:23-cv-01440-RFB-DJA <br><br> **DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER** |

**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

**SPECIAL SCHEDULING REVIEW REQUESTED**

Plaintiff ERECTOR SETS, INC, and Defendants BEKINS MOVING SOLUTIONS, INC and BEKINS A-1 MOVERS, INC. dba BEKINS MOVING SOLUTIONS, by and through their counsel of record, hereby submit their stipulated

Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 16 and 26, as well as LR 16-1 and 26-1. It is hereby requested that the Court enter the following discovery plan and scheduling order:

1. **Discover Plan:**

| | |
|---|---|
| Discovery Cut-off | **10/19/2024** (9 months from the date that Defendants filed their Notice of Appearance in Nevada, 1/19/2024) |
| Deadline to Amend Pleadings | **7/22/2024** (90 days prior to the close of discovery) |
| Deadline to Disclose Initial Expert Disclosures | **8/21/2024** (60 days prior to the close of discovery) |
| Deadline to Disclose Rebuttal Expert Disclosures | **9/20/2024** (30 days after the Initial Disclosure of Experts) |
| Deadline to File Dispositive Motions | **11/19/2024** (30 days after the close of discovery) |

2. **Reason for additional time:** The case was initially filed in the District Court of Pennsylvania on July 14, 2023. On August 24, 2023, Defendants filed an Answer and a Motion to Remand to State Court. On September 12, 2023, the District Court of Pennsylvania judge issued a decision remanding this case to the District Court of Nevada. On September 15, 2023, the case was transferred to the District Court of Nevada. On October 4, 2023, the Plaintiff obtained local counsel in Nevada. On October 13, 2023, the Defendants obtained local counsel. On January 19, 2024, the Defendants filed their Notice of Appearance.

Over the past few months, the parties have attempted to settle this matter without incurring additional legal fees. However, the parties have not been able to do so. The parties respectfully request a discovery period of nine months beginning from when the Defendants made their appearance, on January 19, 2024. While this matter is not especially complex, the Parties want to ensure that they have sufficient time and opportunity to conduct discovery rather than requesting additional time later.

3. **Pre-Trial Order:** The parties shall file a joint pretrial order no later than **12/19/2024** or thirty (30) days after the date set for filing dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or further order of the Court. The disclosure required by Federal Rule of Civil Procedure 26(a)(3) and objections thereto shall be made in the pre-trial order.

4. **Initial Disclosures:** The parties shall make initial disclosures on or before 5/10/2024. Any party seeking damages shall comply with Federal Rules of Civil Procedure 26(a)(1)(A)(iii).

5. **Extension of Discovery Deadline:** Requests to extend the discovery shall comply fully with LR 26-3. Applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery

plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect.

The motion or stipulation shall include:

a. A statement specifying the discovery completed;

b. A specific description of the discovery which remains to be completed;

c. The reasons why such remaining discovery was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and,

d. A proposed schedule for the completion of all remaining discovery.

**6.     Electronically Stored Information ("ESI"):**

The Parties stipulate and agree that all discoverable documents will be produced on CD-ROM or USB flash drive in Portable Document Format ("PDF") with optical text recognition (electronically searchable text) as reasonably practicable. The Parties further agreed that the "parent-child relationships" between documents will be reserved when documents are produced (e.g., e-mails and their attachments will be produced together with consecutive bates numbers) as reasonably practicable).

While the Parties agree at this time that it is not necessary to produce the metadata for electronic documents, the Parties reserve their respective rights to

request such information should any Party deem it necessary.  This agreement only determines the format in which the Parties produce documents; it does not affect any other right of any Party.  Where the size of the document production is not prohibitive, the Parties may also produce the documents via electronic mail.

7. **LR 26-1 CERTIFICATIONS:** The parties certify that they considered consenting to trial by a magistrate judge and use of the Short Trial Program.  The parties further certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and early neutral evaluation.

8. **Electronic Service and Electronic Evidence (LR 26-1(b)(9)).**  The Parties agree to accept electronic service of discovery requests and responses pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).  The parties discussed whether they intend to present evidence in electronic format to jurors for the purpose of jury deliberations and agreed that should discovery be provided in an electronic format at trial; it will be compatible with the court's electronic jury evidence display system pursuant to LR 26-1(b)(9).

9. **Protective Orders**

Any party may seek to enter into a stipulated protective order pursuant to Federal Rule of Civil Procedure 26(c) prior to producing any confidential documents in its possession.  Such party shall circulate a proposed protective order with its responses to the applicable discovery requests and, to the extent such party is

withholding documents, such party shall produce those withheld documents subject to an entered protective order within two weeks from the date the court enters the protective order.

**10.     Response to Discovery served prior to the Rule 26(f) conference**

Unless agreed otherwise by the Parties, responses to discovery served prior to the Federal Rule of Civil Procedure 26(f) conference shall be due 33 days after the conference.

Dated May 15, 2024

| | |
|---|---|
| /S/ Andrew H. Pastwick, Esq.<br>Andrew H. Pastwick, Esq.<br>Law Office of Andrew H. Pastwick, LLC<br>1810 E. Sahara Avenue, Suite 120<br>Las Vegas, NV 89104<br>(702) 866-9978<br>apastwick@pastwicklaw.com<br><br>Attorney for Plaintiff<br>Erector Sets, Inc. | /S/ Willie Pollins, Esq.<br>Willie Pollins, Esq.<br>Pollins Law Firm, LLC<br>100 N. 20th Street, Ste 302<br>Philadelphia, PA 19103<br>(215) 774-9618<br>wpollins@gmail.com<br><br>Attorney for Plaintiff<br>Erector Sets, Inc. |
| | /S/Daniel McCain, Esq.<br>Robert E. Schumacher, Esq.<br>Daniel McCain, Esq.<br>Gordon Rees Scully Mansukhani, LLP<br>300 South 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>(702) 577-9300<br>rschumacher@grsm.com<br>dmccain@grsm.com<br><br>Attorneys for Defendants<br>Bekins Moving Solutions, Inc. and Bekins A-1 Movers |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 5/16/2024