Andrew H. Pastwick, ESQ.
Nevada Bar No. 009146
LAW OFFICE OF ANDREW H. PASTWICK L.L.C.
1810 E. Sahara Avenue, Suite 120
Las Vegas, Nevada 89104
Tel: (702) 866-9978
Fax: (702) 866-9978
E-mail: apastwick@pastwicklaw.com

Willie Pollins, Esq.
Admitted *pro hac vice*
Pollins Law Firm, LLC
100 N. 20th Street, Suite 302
Philadelphia, Pennsylvania 19103
Tel: (215) 774-9618
Fax: (215) 546-9712
E-mail: wpollins@gmail.com

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERECTOR SETS, INC. : | |
| : | Civil Action No.: 2:23-CV-01440RFB-DJA |
| v. : | |
| : | **STIPULATION OF DISMISSAL** |
| BEKINS MOVING SOLUTIONS, INC. : | **AND ORDER OF DISMISSAL** |
| and : | **PURSUANT TO FRCP 41(a)(1)(ii)** |
| BEKINS A-1 MOVERS, INC. : | |
| dba BEKINS MOVING SOLUTIONS : | |

Plaintiff, Erector Sets, Inc., Defendant Bekins Moving Solutions, Inc, and Defendant Bekins A-1 Movers, Inc. dba Bekins Moving Solutions hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: January 3, 2025

| | |
|---|---|
| /S/ Andrew H. Pastwick, Esq.<br>Andrew H. Pastwick, Esq.<br>Law Office of Andrew H. Pastwick, LLC<br>1810 E. Sahara Avenue, Suite 120<br>Las Vegas, NV 89104<br>(702) 866-9978<br>apastwick@pastwicklaw.com<br><br>Attorney for Plaintiff<br>Erector Sets, Inc. | /S/ Willie Pollins, Esq.<br>Willie Pollins, Esq.<br>Pollins Law Firm, LLC<br>100 N. 20$_{th}$ Street, Ste 302<br>Philadelphia, PA 19103<br>(215) 774-9618<br>wpollins@gmail.com<br><br>Attorney for Plaintiff<br>Erector Sets, Inc. |
| | /S/Daniel McCain, Esq.<br>Robert E. Schumacher, Esq.<br>Daniel McCain, Esq.<br>Gordon Rees Scully Mansukhani, LLP<br>300 South 4$_{th}$ Street, Suite 1550<br>Las Vegas, NV 89101<br>(702) 577-9300<br>rschumacher@grsm.com<br>dmccain@grsm.com<br><br>Attorneys for Defendants<br>Bekins Moving Solutions, Inc. and<br>Bekins A-1 Movers |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 6, 2025

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE